PHILLIP A. TALBERT
Acting United States Attorney
JOHN E. SCANLON
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:21-po-00265-CKD |
| Plaintiff, | STIPULATION AND ORDER TO VACATE BENCH TRIAL AND SET CHANGE OF PLEA |
| v. | |
| WESTLY BROOKS, | DATE:  November 18, 2021 |
| | TIME:   11:00 a.m. |
| Defendant. | JUDGE: Hon. Carolyn K. Delaney |
| UNITED STATES OF AMERICA, | 2:21-po-00332-CKD |
| Plaintiff, | |
| v. | |
| VINCENT REYES, | |
| Defendant. | |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendant, by and through its counsel of record, stipulate as follows:

1.   By previous order, this matter was scheduled for a bench

trial on November 18th, 2021 at 11:00 a.m.

    2.  By this stipulation, the parties now jointly move to vacate the bench trial and set a change of plea on November 18th, 2021 at 11:00 a.m.

IT IS SO STIPULATED.

DATED: November 16, 2021    PHILLIP A. TALBERT
Acting United States Attorney

By: */s/ John Scanlon*
JOHN E. SCANLON
Special Assistant U.S. Attorney

*/s/ Vincent Reyes*
VINCENT REYES
Defendant (Pro Se)
(*Approved via email on 11/15/21*)

**FINDINGS AND ORDER**

IT IS SO ORDERED, that the bench trial is vacated as set forth above, and a change of plea is set for November 18th, 2021 at 11:00 a.m.

FOUND AND ORDERED

Dated:   November 16, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE